**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 598 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BENJAMIN JORDAN JENKINS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of May, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1)    Whether it is permissible to revoke ARD in order to promote the spirit of the program when a defendant truthfully responds to application questions?

(2)    Whether a defendant's participation in ARD can be revoked when the defendant did not violate a condition of ARD, or applicable condition of probation, while participating in the program?